455 A.2d 107

Toyoka LaROCCA, Sam LaRoccà, and Toyoka LaRocca, as Administratrix of the Estate of Scott Anthony LaRocca, Deceased

v.

AETNA LIFE AND CASUALTY COMPANY, INC., a corporation, Petitioner.

Supreme Court of Pennsylvania.

Dec. 31, 1982.

Robert C. Little, Pittsburgh, for appellant.

Karl W. Wiedt, III, Pittsburgh, for petitioner.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

The petition for review is granted. The order of the Superior Court, 450 A.2d 751, is vacated and the case is remanded to that court for consideration in light of *Sachritz v. Pennsylvania National Mutual Casualty Insurance Company,* 500 Pa. 167, 455 A.2d 101, decided this day.

LARSEN, J., dissents for the reasons set forth in his dissenting opinion in *Sachritz.*